1 MICHELE BECKWITH
Acting United States Attorney
2 JOSEPH D. BARTON
CODY S. CHAPPLE
3 Assistant United States Attorneys
2500 Tulare Street, Suite 4401
4 Fresno, CA 93721
Telephone: (559) 497-4000
5 Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00017-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION RE INITIAL APPEARANCE, ARRAIGNMENT ON INFORMATION, AND CHANGE OF PLEA HEARING |
| v. | |
| ANDREW ADLER, | |
| Defendant. | |

The defendant has been charged in this case by information and the parties have filed a plea agreement to resolve the case pre-indictment. The parties request that the Court schedule an initial appearance, arraignment on the information, and change of plea hearing for February 24, 2025, at 9:00 a.m., before the Honorable Jennifer L. Thurston. The parties have cleared this date with the Court. Time under the speedy trial act has not begun to run because the defendant has not made his initial appearance in this case.

///

///

1  Nonetheless, and out of abundance of caution, the parties request that the Court exclude time
2  under the Speedy Trial Act from February 4, 2025, through February 24, 2025, for purposes of
3  defense preparation and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and
4  (h)(7)(B)(iv).
5        IT IS SO STIPULATED.

Dated:  February 4, 2025

ILLOVSKY GATES & CALIA LLP
EUGENE ILLOVSKY
SHARON FRASE

*/s/ Eugene Illovsky*
Eugene Illovsky
Counsel for Andrew Adler

Dated:  February 4, 2025

*/s/ Joseph Barton*
Joseph Barton
Cody Chapple
Assistant United States Attorneys

MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00017-JLT-SKO |
|---|---|
| Plaintiff, | ORDER RE INITIAL APPEARANCE, ARRAIGNMENT ON INFORMATION, AND CHANGE OF PLEA HEARING |
| v. | |
| ANDREW ADLER, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, an initial appearance, arraignment on the information, and change of plea hearing are scheduled for February 24, 2025, at 9:00 a.m., before the Honorable Jennifer L. Thurston. Time under the Speedy Trial Act is excluded from February 4, 2025, through February 24, 2025, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **February 4, 2025**

UNITED STATES DISTRICT JUDGE